UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62315-CIV-DIMITROULEAS

In the Matter of the Complaint of
PORT EVERGLADES LAUNCH SERVICE, INC. d/b/a
CAPE ANN TOWING, as owner of the M/V TUG 1
Bearing Hull Identification No. DLZ09699D603
and M/V TUG 2 Bearing Hull Identification
No. DUS600141276, for Exoneration from or Limitation of Liability

_____/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court on Petitioner Port Everglades Launch Service, Inc. d/b/a Cape Ann Towing's Motion to Tax Costs [DE 140] and the April 28, 2026 Report and Recommendation entered by Magistrate Judge Patrick Hunt [DE 147] (the "Report"). The Court notes that no objections to the Report [DE 147] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 147] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 147] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Report [DE 147] is hereby **ADOPTED** and **APPROVED**;

2.      The Motion for Bill of Costs [DE 140] is **GRANTED IN PART** as follows:

a.  Petitioner Port Everglades Launch Service, Inc. is awarded $6,000.00 in taxable costs.

b.  Claimants Accelerant Specialty Insurance Company and DWB Asset Management, LLC shall have thirty (30) days from the date this Order to pay those costs.

c.  The Motion is otherwise **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Magistrate Judge Patrick Hunt